371 A.2d 219
Commonwealth v. Alexander, Appellant.

Sub-mitted June 14, 1976. David E. Auerbach, Assistant Public Defender, for appellant; John G. Siegle, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 398
Commonwealth v. Amaker et al., Appellants.

Submitted April 12, 1976. Michael M. Mamula, Public Defender, for appellant; Robert F. Hawk, First Assistant District Attorney, and John H. Brydon, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.